Order entered August 22, 2014



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00051-CR

**JONATHAN DEMOND CREWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56357-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested the reporter's record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested until September 30, 2014 to file the record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court to file the complete reporter's record, including exhibits, by **SEPTEMBER 30, 2014**. Because

the record is already more than three months overdue, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
         JUSTICE